In the Matter of CHARLES L. SHAPIRO (Admitted as CHARLES LAWRENCE SHAPIRO), a Disbarred Attorney. [786 NYS2d

913]—Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Mazzarelli, J.P., Saxe, Ellerin, Williams and Friedman, JJ.